```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CATHERINE J. SWANN
    Assistant United States Attorney
 3  United States Courthouse
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone:  (916) 554-2700
 5  Facsimile:  (916) 554-2900

 6  Attorneys for the United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>MAUREEN DERMOTT-MORRISON,<br><br>            Plaintiffs,<br><br>   v.<br><br>SACRAMENTO EMPLOYMENT<br>TRAINING AGENCY, KATHY KOSSICK,<br>and DOES 1 through 50,<br><br>            Defendants. | Case No. 2:10-CV-02048-KJM-GGH<br><br>**ORDER REGARDING THE UNITED STATES' ELECTION TO DECLINE INTERVENTION IN THIS QUI TAM CASE** |

    The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

    IT IS ORDERED that,

    1.  The complaint be unsealed and served upon the defendant by the relator;

    2.  All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

ORDER REGARDING THE
UNITED STATES' ELECTION TO DECLINE
INTERVENTION IN THIS QUI TAM CASE

     3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

     4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

     5. The parties shall serve all notices of appeal upon the United States;

     6. All orders of this Court shall be sent to the United States; and that

     7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: January 6, 2012.

_____
UNITED STATES DISTRICT JUDGE