LAW OFFICES OF GREGORY D. THATCH
Gregory D. Thatch, State Bar No. 62991
Larry C. Larsen, State Bar No. 88944
Ryan M. Hopper, State Bar No. 243349
1730 I Street, Suite 220
Sacramento, CA 95811
Telephone:  (916) 443-6956
Facsimile:  (916) 443-4632

Attorneys for Defendant, Sacramento Employment
and Training Agency

Stephen G. Pongratz, Esq., SBN 131276
Eric D. Hitchcock, Esq., SBN 230630
Law Offices of Beyer, Pongratz & Rosen
3230 Ramos Circle
Sacramento, CA 95827
Telephone: (916) 369-9750
Fax: (916) 369-9760

Attorneys for Plaintiff
Maureen Dermott-Morrison

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAUREEN DERMOTT-MORRISON,** | Case No.  2:10-CV-02048- KJM-GGH |
| **Plaintiff,** | **STIPULATION OF DISMISSAL AND ORDER** |
| v. | [FRCP 41(A)(1)(a)(II)] |
| **SACRAMENTO EMPLOYMENT & TRAINING AGENCY, et al,** | |
| **Defendants.** _____ / | |

## STIPULATION

The parties, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action with prejudice according to the terms of the Settlement Agreement attached hereto as Exhibit A, which the parties stipulate became effective on October 13, 2012.

| | | |
|---|---|---|
| 1 | Dated: October 15, 2012 | **BEYER, PONGRANTZ AND ROSEN** |
| 2 | | /s/ Eric D. Hitchcock (as authorized on October 15, 2012) |
| 3 | | **ERIC D. HITCHCOCK** <br> **Attorneys for Plaintiff,** |
| 4 | | **MAUREEN DERMOTT-MORRISON** |
| 6 | Dated: October 15, 2012 | **LAW OFFICES OF** <br> **GREGORY D. THATCH** |
| 8 | | /s/ Larry C. Larsen |
| 9 | | **LARRY C. LARSEN** <br> **Attorneys for Defendant,** |
| 10 | | **SACRAMENTO EMPLOYMENT & TRAINING AGENCY** |

**ORDER**

The Court has reviewed the Stipulation set forth above and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth herein. Accordingly,

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated into this Order;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the attached Settlement Agreement, which is part of this Order; and

4. Each party is to bear its own attorneys fees and costs, as provided in the Settlement Agreement.

IT IS SO ORDERED.

DATED: October 16, 2012.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
GREGORY D. THATCH
1730 I Street, Suite 220
Sacramento, CA 95814